# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

In re:  
ANGELA DENISE GOODRICH

Debtor(s)

Case No. 22-41492

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Diana S. Daugherty, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/17/2022.

2) The plan was confirmed on 07/14/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2022, 06/22/2023.

5) The case was dismissed on 07/28/2023.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,755.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,675.80 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,675.80** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,459.96 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $374.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,834.60** |

Attorney fees paid and disclosed by debtor:     $200.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIANCE CREDIT UNION | Unsecured | 7,818.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT SVCS | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE INC | Unsecured | 860.50 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS OF MO LLC | Unsecured | 464.13 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | 588.07 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,845.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER COLLECTION MGMT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIV OF EMPLOYMENT SECURITY | Unsecured | 6,665.45 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL ASSET MGMT | Unsecured | 582.28 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| GREEN DOT BANK | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 450.56 | 417.59 | 417.59 | 0.00 | 0.00 |
| HSBC BANK USA NATIONAL ASSOC | Secured | 10,015.00 | 0.00 | 9,961.78 | 1,498.46 | 0.00 |
| HSBC BANK USA NATIONAL ASSOC | Secured | 53,351.25 | 0.00 | 50,646.62 | 0.00 | 0.00 |
| HSBC BANK USA NATIONAL ASSOC | Secured | NA | 0.00 | 500.00 | 48.38 | 0.00 |
| INTERCOASTAL FINANCIAL LLC | Unsecured | NA | 931.68 | 931.68 | 0.00 | 0.00 |
| JD RECEIVABLES LLC | Unsecured | NA | 931.68 | 931.68 | 0.00 | 0.00 |
| LOU BUDKES ARROW FINANCE CO | Unsecured | 5,461.00 | 10,484.19 | 10,484.19 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 678.00 | 679.83 | 679.83 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 620.00 | 620.47 | 620.47 | 0.00 | 0.00 |
| MCA MANAGEMENT | Unsecured | 95.10 | 111.00 | 111.00 | 0.00 | 0.00 |
| MERCY CREDIT UNION | Secured | 7,503.00 | 8,709.53 | 8,709.53 | 1,467.41 | 358.22 |
| MERCY HEALTH | Unsecured | NA | 708.86 | 708.86 | 0.00 | 0.00 |
| METRO ST LOUIS SEWER DISTRICT | Secured | 1,655.00 | 2,272.88 | 2,272.88 | 374.65 | 94.08 |
| MIDNIGHT VELVET | Unsecured | 333.96 | NA | NA | 0.00 | 0.00 |
| MO DEPT OF REVENUE | Unsecured | 1,194.10 | 1,854.85 | 1,854.85 | 0.00 | 0.00 |
| MO DEPT OF REVENUE | Priority | 660.75 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 301.00 | 301.18 | 301.18 | 0.00 | 0.00 |
| NIKODEM DENTAL CARE | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PINNACLE SERVICE SOLUTIONS LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 463.89 | 301.40 | 301.40 | 0.00 | 0.00 |
| RICKMAN & RICKMAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHUMACHER GROUP | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| SE EMERGENCY PHYS MEMPHIS | Unsecured | 1,080.00 | 554.29 | 554.29 | 0.00 | 0.00 |
| SE EMERGENCY PHYSICIANS MEMP. | Unsecured | NA | 1,080.00 | 1,080.00 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 349.00 | 356.14 | 356.14 | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | 663.15 | NA | NA | 0.00 | 0.00 |
| ST LOUIS CO COLLECTOR OF REV | Priority | 256.46 | 256.46 | 256.46 | 0.00 | 0.00 |
| ST LOUIS CO COLLECTOR OF REV | Priority | NA | 308.89 | 308.89 | 0.00 | 0.00 |
| ST LOUIS CO COLLECTOR OF REV | Unsecured | 1,098.83 | 1,073.83 | 1,073.83 | 0.00 | 0.00 |
| SUN LOAN CO | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| SURETY FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | 589.00 | 589.00 | 589.00 | 0.00 | 0.00 |
| THE PROGRESSIVE CORP | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 157.00 | 156.80 | 156.80 | 0.00 | 0.00 |
| TOWER LOAN OF MISSOURI LLC | Unsecured | 1,612.00 | 1,612.29 | 1,612.29 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 131,471.38 | 113,242.09 | 113,242.09 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,248.06 | 1,248.06 | 1,248.06 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 3,420.94 | 3,407.63 | 3,407.63 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $51,146.62 | $48.38 | $0.00 |
| Mortgage Arrearage | $9,961.78 | $1,498.46 | $0.00 |
| Debt Secured by Vehicle | $8,709.53 | $1,467.41 | $358.22 |
| All Other Secured | $2,272.88 | $374.65 | $94.08 |
| **TOTAL SECURED:** | **$72,090.81** | **$3,388.90** | **$452.30** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $565.35 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$565.35** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$140,662.86** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,834.60 |
| Disbursements to Creditors | $3,841.20 |
| **TOTAL DISBURSEMENTS :** | **$5,675.80** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/07/2023        By: /s/ Diana S. Daugherty
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)